**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**STRYKER CORPORATION, WRIGHT MEDICAL TECHNOLOGY, INC.,**
*Appellants*

v.

**OSTEOMED LLC,**
*Cross-Appellant*

Case Nos. 2023-1925, 2023-1926, 2023-1928, 2023-1929, 2023-1979

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01450, IPR2021-01451, IPR2021-01452, and IPR2021-01453

**STRYKER CORPORATION, WRIGHT MEDICAL TECHNOLOGY, INC.,**
*Appellants*

v.

**OSTEOMED LLC,**
*Appellee*

Case Nos. 2023-2010, 2023-2011, 2023-2012

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00189, IPR2022-00190, and IPR2022-00191

**APPELLEE'S/CROSS-APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY**

FORM 9. Certificate of Interest    Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2023-1925, -1926, -1928, -1929, -1979, -2010, -2011, -2012
**Short Case Caption** Stryker Corporation v. OsteoMed LLC
**Filing Party/Entity** OsteoMed LLC

> **Instructions:**
>
> 1. Complete each section of the form and select none or N/A if appropriate.
>
> 2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.
>
> 3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.
>
> 4. Please do not duplicate entries within Section 5.
>
> 5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/22/2024    Signature: /s/ Devon C. Beane

Name: Devon C. Beane

FORM 9. Certificate of Interest　　　　　　　　　　　　　　　　　　　　　　　Form 9 (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☐ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| OsteoMed LLC | Acumed LLC | Acumed LLC |
|  | Colson Medical, LLC | Colson Medical, LLC |
|  | Marmon Holdings, Inc. | Berkshire Hathaway Inc. |
|  | Berkshire Hathaway Inc. |  |

☐　Additional pages attached

FORM 9. Certificate of Interest                                    Form 9 (p. 3)
                                                                    March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable          ☐  Additional pages attached

| Katherine L. Allor (K&L Gates LLP) | | |
|---|---|---|
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑  Yes (file separate notice; see below)   ☐  No   ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| | | |

TO THE HONORABLE COURT:

Under Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellee files this unopposed third motion for extension of time and respectfully requests a twenty-one (21) day extension, until May 24, 2024, to file its Reply Brief to Appellee's Cross Appeal. A fourteen (14) day and a sixteen (16) day extension were previously granted to Appellee in connection with its Cross-Appeal Principal Brief.

### A. Current Deadline

Appellee's Cross-Appeal Reply Brief is currently due on May 3, 2024.

### B. Reason for Extension

There is good cause for granting the motion. As set forth in the accompanying declaration (attached), granting a twenty-one day extension is appropriate based on a number of professional and personal obligations, including conflicts with deadlines in other matters being handled by Appellee's counsel.

### C. No Opposition

Appellants have indicated that they are not opposed to the requested extension, which is sought so that justice may be done in the disposition of this appeal and is not sought for purposes of delay.

## PRAYER

For these reasons, Appellee respectfully requests that this unopposed motion for extension of time be granted and that the time for filing Appellee's Cross-Appeal Reply Brief be extended from the current deadline of May 3, 2024, until and including May 24, 2024. Appellee further requests all such other relief to which it may be justly entitled.

Respectfully submitted,

Dated: April 22, 2024

*/s/ Devon C. Beane*
Devon C. Beane
Jason A. Engel
Jonah B. Heemstra
K&L GATES LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
(312) 807-4236
devon.beane@klgates.com
jason.engel@klgates.com
jonah.heemstra@klgates.com

*Counsel for Appellee*

## DECLARATION OF DEVON C. BEANE

Pursuant to 28 U.S.C. § 1746, I, Devon C. Beane, declare as follows:

1. I am an attorney duly licensed and admitted to practice before this Court and a member of the law firm of K&L Gates LLP. I am counsel for Appellee OsteoMed LLC ("Appellee"), in the above-captioned appeal. I have personal knowledge of the facts in this declaration, and if called and sworn as a witness, could testify competently to them. I make this declaration in support of the Motion for Extension, filed concurrently herewith.

2. On April 17, 2024, counsel for Appellee contacted counsel for Appellants Stryker Corporation and Wright Medical Technology, Inc. ("Appellants"), about extending the deadline for filing Appellee's Reply Brief. Counsel for Appellants indicated on April 22, 2024 that Appellants do not oppose this extension.

3. Appellee is requesting an extension to account for counsel's obligations in other matters as well as multiple schedule conflicts based on pre-planned family events and travel.

4. I, and counsel of record, have principal responsibility and unique knowledge for other matters currently pending. In the next week, there are numerous deadlines from other matters that overlap with the current deadline for Appellee's Reply Brief, rendering it exceedingly difficult to meet the current deadline.

1

2

5. Appellee does not seek any unnecessary delay from the extension requested here, but only to ensure fully developed and appropriate arguments.

6. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 22, 2024.                    /s/ Devon C. Beane
                                               Devon C. Beane

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 22, 2024, I conferred with counsel for Appellants via email, who stated that Appellants are not opposed to the relief sought herein.

*/s/ Devon C. Beane*
Devon C. Beane

## ECF CERTIFICATION

I hereby certify that (i) the required privacy redactions have been made pursuant to Federal Rule of Civil Procedure 5.2; (ii) the electronic submission is an exact copy of the paper document; (iii) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses; and (iv) the paper document will be maintained for three years after the mandate or order closing the case issues.

*/s/ Devon C. Beane*
Devon C. Beane

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because:

- this motion contains 226 words.

2. This motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) because:

- this motion has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14 point Times New Roman font.

*/s/ Devon C. Beane*
Devon C. Beane