# United States Court of Appeals for the Federal Circuit

---

**STRYKER CORPORATION, WRIGHT MEDICAL TECHNOLOGY, INC.,**
*Appellants*

v.

**OSTEOMED LLC,**
*Cross-Appellant*

---

2023-1925, 2023-1926, 2023-1928, 2023-1929, 2023-1979

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01450, IPR2021-01451, IPR2021-01452, IPR2021-01453.

-------------------------------------------------

**STRYKER CORPORATION, WRIGHT MEDICAL TECHNOLOGY, INC.,**
*Appellants*

v.

**OSTEOMED LLC,**
*Appellee*

---

2023-2010, 2023-2011, 2023-2012

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00189, IPR2022-00190, IPR2022-00191.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED AND REMANDED-IN-PART, REVERSED-IN-PART**

FOR THE COURT

October 3, 2025
Date

Jarrett B. Perlow
Clerk of Court